SEP 11 2024 AM11:32
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Rosenine  Saint-Val ,
#### Plaintiff,

v.

Ability  Beyond ,
#### Defendant(s).

Case No. _____
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.  Plaintiff resides at the following location: __47 Roslyn ter Bridgeport CT, 06606__

2.  Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: __4 Berkshire blvd, Danbury, CT 06810__

_____

3.  This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☑  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age.  Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or  §§ 633a(b) and (c).

My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☑ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought

pursuant to 42 U.S.C. § 2000e-5(g). Id.

4.    The acts complained of in this suit concern [Check all spaces that are applicable

to your claim(s)]:

(A)  ☐  Failure to hire me.  I was refused a job on the following date(s): ____

_____.

(B)  ☐  Termination of my employment.  I was terminated from my

employment on the following date: _____.

(C)  ☐  Failure to promote me.  I was refused a promotion on the following

date(s): _____.

(D)  ☑  Other acts as specified below: __I was Physically

and verbally abused by a client I worked for while working for Ability Beyond. Each time I made a complaint regarding my abuse nothing was done to make me safe. My employment was also threatened by my supervisor who failed to ensure my safety while working for the company.

2

The client would get physically aggressive by hitting me, saying ~~racist~~ racist remarks calling me a "nigger, dirty sandback nigger monkey."

5.      The conduct of the Defendant(s) was discriminatory because it was based upon:

race [✓], color [ ], religion [ ], sex [ ], age [ ], national origin [✓] or disability [ ].  [Please

check all applicable bases for your claim of discrimination and explain further, if

necessary]: _I would be called a "nigger, dirty_

_Sandbach nigger monkey" and hit on my head._

6.      The facts surrounding my claim of employment discrimination are as follows

[Attach additional sheets, if necessary]:

_I have the official letter from the EEOC_

_for the "Right to sue"_

_____

_____

_____

_____

_____

_____

7.      The approximate number of persons who are employed by the Defendant

employer I am suing is:_Ability Beyond_

8.      The alleged discrimination occurred on or about the following date(s) or time

period: _10/16/21 , 03/17/22, 03/18/22   03/21/22, 03/19/22_.
                                                                              _03/21/22_

3

9.    I filed charges with the:

☒    Equal Employment Opportunity Commission

☒    Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _____.

[**NOTE:**  If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe that  discrimination occurred.  My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _____

_____

_____

_____

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be deemed appropriate, including [**NOTE:**  While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐    Injunctive orders (specify the type of injunctive relief sought): _____
Emotional  damage,  Company  trains/education  on  race discrimination

☐    Backpay;

4

☐     Reinstatement to my former position;

☑     Monetary damages (specify the type(s) of monetary damages sought): __

_I was without a job from 04/03/22 — 08/27/22_

☑     Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): _legal fees as I did_

_seek an attorney and paid for consultation_
_I had to take out a loan to cover for my masters_
AND costs and attorneys' fees.
_Program at Southern Connecticut state university_

**JURY DEMAND**

I hereby     DO ☑     DO NOT ☐     demand a trial by jury.

_Rosenine Saint-Val_

_____     **Plaintiff's Original Signature**
Original signature of attorney (if any)

    _Rosenine saint-Val_

Printed Name and address     Printed Name and address

    _47 Roslyn ter Bridgeport, CT_
    _06606_

    _475_
( ) _____     (1) _210-8142_
Attorney's telephone     Plaintiff's telephone

    _Rosestarr335@gmail.com_
Email address if available     Email address if available

Dated: _09/11/24_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.

                        (location)                            (date)

**Plaintiff's Original Signature**

(Rev. 3/23/16)

6

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Boston Area Office**
15 New Dudbury St, Room 475
Boston, MA 02203
(617) 865-3670
Website: www.eeoc.gov

Rosenine E. Saint-Val
47 Roslyn Ter
BRIDGEPORT, CT 06606

ABILITY BEYOND
20 CHRISTOPHER COLUMBUS AVE 4 BERKSHIRE BLVD
Danbury, CT 06810

Jessica Hanson
4 Berkshire Blvd
Bethel, CT 06801

Richard Landau
44 S BROADWAY FL 14
White Plains, NY 10601

Re: Rosenine E. Saint-Val v. ABILITY BEYOND
    EEOC Charge Number: 523-2022-02285

The Commission has determined that efforts to conciliate this charge as required by Title VII of the Civil Rights Act of 1964 (Title VII) have been unsuccessful.   This letter is the notice required by §1601.25 of the Commission's Regulations, which provides that the Commission shall notify a Respondent in writing when it determines that further conciliation efforts would be futile or non-productive. No further efforts to conciliate this case will be made.

 The Commission has determined that it will not bring a lawsuit against the above-named Respondent. The issuance of the enclosed Notice of Right to Sue concludes the processing of this charge by the Commission.

Accordingly, this case will be reviewed to determine whether the EEOC will take further action against the above-named Respondent. A determination should be forthcoming in the near future.

On Behalf of the Commission:

Digitally Signed By:Feng K. An
06/14/2024
Feng K. An
Area Office Director

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Boston Area Office**
15 New Dudbury St, Room 475
Boston, MA 02203
(617) 865-3670
Website: www.eeoc.gov

# CONCILIATION FAILURE AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/14/2024

**To:** Rosenine E. Saint-Val
47 Roslyn Ter
BRIDGEPORT, CT 06606
Charge No: 523-2022-02285

EEOC Representative and email:    SUSAN BOSCIA
Investigator
Susan.Boscia@eeoc.gov

## CONCILIATION FAILURE OF CHARGE

To the person aggrieved: This notice concludes the EEOC s processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 523-2022-02285.

On behalf of the Commission,

Digitally Signed By:Feng K. An
06/14/2024
Feng K. An
Area Office Director

**Cc:**
Jessica  Hanson
Ability Beyond
4 Berkshire Blvd
Bethel, CT 06801

Richard  Landau
Jackson Lewis
44 S BROADWAY FL 14
White Plains, NY 10601

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 523-2022-02285 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Yaw Gyebi, Jr., 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 523-2022-02285 to the District Director at Yaw Gyebi, Jr., 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

**For more information on submitting FOIA requests, go to** https://www.eeoc.gov/eeoc/foia/index.cfm.

**For more information on submitted Section 83 requests, go to** https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.